IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIEGO GONZALEZ-BARRIENTOS | § | |
| V. | § | CIVIL ACTION NO. 1:17-cv-01027-SS |
| EMMANUEL BARNABUS AND CONTRACT FREIGHTERS, INC. | § | |

## NOTICE TO COURT THAT ALL REMOVAL DOCUMENTS WERE SERVED ON ALL PARTIES/COUNSEL

TO THE HONORALBE JUDGE OF THE UNITED STATES DISTRCIT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Notice is hereby given that Defendant Contract Freighters, Inc. on this day, filed in the United States District Court for the Western District of Texas, Austin Division, its Notice of Removal and served all parties/counsel a copy of the following documents via facsimile:

1. DOC. 1: Defendant Contract Freighters, Inc.'s Notice of Removal;
   DOC 1-1: Exhibit A;
   DOC 1-2: Civil Cover Sheet;

2. DOC 2: Supplement to JS 44 Civil Cover Sheet;

3. DOC 5: Defendant's Index of Matters Being Filed;

4. DOC 6: List of All Counsel of Record;

5. DOC 7: Certificate of Interested Parties;

6. DOC 8: Supplement to Judge's Order to Supplement State Court Pleadings.

Respectfully submitted,

**NAMAN, HOWELL, SMITH & LEE, PLLC**
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Phone: 512-479-0300
Fax: 512-474-1901
aspy@namanhowell.com

BY: _____
P. Clark Aspy
State Bar No. 01394170

ATTORNEYS FOR DEFENDANT, CONTRACT FREIGHTERS, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded by certified mail, return receipt requested or facsimile to all parties of record, listed below, on this 2 day of November, 2017

Leslie Nadelman
Kevin Johnson
John Abramowitz
Erik Walker
Dustin Fox
Justinian & Associates
8770 Research Blvd.
Austin, Texas 78758

_____
P. Clark Aspy