UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DIEGO GONZALEZ-BARIENTOS<br>Plaintiff, | §<br>§ | |
| v. | §<br>§ | Case No. 1:17-cv-01027-SS |
| EMMANUEL BARNABUS and<br>CONTRACT FREIGHTERS, INC.,<br>Defendants. | §<br>§<br>§<br>§ | |

## ORDER FOR DISMISSAL

ON THIS DAY, came on to be heard the Motion of Plaintiff Diego Gonzalez-Barrientos for Dismissal. The Court, having considered the Motion and the pleadings on file herein, is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that this case be, and is hereby, dismissed with prejudice to Plaintiff's rights to again assert or litigate this claim against Defendants Emmanuel Barnabus and Contract Freighters, Inc. All costs are taxed against the party incurring same.

SIGNED this 23rd day of May, 2018.

_____
SAM SPARKS, UNITED STATES JUDGE
PRESIDING

03743/1444

APPROVED:

JUSTINIAN & ASSOCIATES
8770 Research Blvd.
Austin, Texas 78758
(512) 980-0000
FAX (512) 852-1980
leslie@justinian.com
kevin@justinian.com
erik@justinian.com

By: _____
Leslie Nadelman
State Bar No. 24079038
Kevin Johnson
State Bar No. 24087805
Erik Walker
State Bar No. 00792104

ATTORNEYS FOR PLAINTIFF

NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901
aspy@namanhowell.com

By: _____
P. Clark Aspy
State Bar No. 01394170

ATTORNEY FOR DEFENDANTS